United States Court of Appeals

For the Eighth Circuit

_____

No. 16-1602
_____

Maurice Moore,

*Plaintiff - Appellant*,

v.

John M. Gerrard, in his individual and official capacity,

*Defendant - Appellee*.
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: July 15, 2016
Filed: July 20, 2016
[Unpublished]
_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Maurice Moore appeals the district court's[1] preservice dismissal of his pro se complaint alleging deprivation of civil rights and racial discrimination in prior court

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

proceedings. Following careful de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we find no reversible error. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____